# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | No. M:06-cv-01791-VRW |
| | [PROPOSED] JUDGMENT |
| | Courtroom: 6, 17th Floor |
| This Document Relates To:<br>*United States v. Rabner, et al.* (07-1324);<br>*United States v. Gaw, et al.* (07-1242);<br>*United States v. Adams, et al.* (07-1323);<br>*United States v. Palermino, et al.* (07-1326);<br>*United States v. Volz, et al.* (07-1396);<br>*Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.* (07-1187) | Chief Judge Vaughn R. Walker |

 XX  – Decision by the Court.  These action came to hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's order of June 3, 2009 in favor of the United States in the above-captioned cases.

Richard W. Wieking
Clerk of Court

ENTERED: June 15, 2009          By: *Cora Klein*

---

[Proposed] Judgment (MDL No. 06-CV-1791-VRW)